```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 08999
   FREDERICK W. MARSHALL
   LISA M DEROSA                            CHAPTER 13

                                            JUDGE: MANUEL BARBOSA
            Debtor
   SSN XXX-XX-6330    SSN XXX-XX-6648
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1. The case was filed on 05/17/07 .

   2. The case was dismissed without confirmation, 11/01/2007.

   3. The Debtor paid a total of $   2330.00 .

   4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| OCWEN LOAN SVCG | CURRENT MORTG | .00 | .00 | .00 |
| OCWEN LOAN SVCG | SECURED | .00 | .00 | .00 |
| OCWEN LOAN SVCG | CURRENT MORTG | .00 | .00 | .00 |
| OCWEN LOAN SVCG | SECURED | .00 | .00 | .00 |
| DELL PREFERRED ACCT | SECURED | .00 | .00 | 87.33 |
| DUPAGE COUNTY COLLECTOR | SECURED | .00 | .00 | .00 |
| GMAC PAYMENT CENTER | UNSECURED | NOT FILED | .00 | .00 |
| HARLEM ADS | SECURED | .00 | .00 | 155.70 |
| OCWEN LOAN SVCG | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| OCWEN LOAN SVCG | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| ACL SERVICES INC | UNSECURED | NOT FILED | .00 | .00 |
| ADVANCED RADIOLOGY CONS | UNSECURED | NOT FILED | .00 | .00 |
| LUTHERAN GENERAL HOSPITA | UNSECURED | NOT FILED | .00 | .00 |
| ROBERT M JOURDAN DDS PC | UNSECURED | NOT FILED | .00 | .00 |
| BECKET & LEE LLP | UNSECURED | NOT FILED | .00 | .00 |
| AT&T | UNSECURED | NOT FILED | .00 | .00 |
| BP AMOCO | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CARSON PIRIE SCOTT | UNSECURED | NOT FILED | .00 | .00 |
| CENTER FOR CHILDRENS DIG | UNSECURED | NOT FILED | .00 | .00 |
| CENTRAL DUPAGE HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |

```
COMPUTER CREDIT            UNSECURED         NOT FILED              .00           .00
CREDIT ONE BANK            UNSECURED         NOT FILED              .00           .00
CROSS COUNTRY BANK         UNSECURED         NOT FILED              .00           .00
DAVID E GROCHOCINSKI ESQ   SPECIAL CLASS     NOT FILED              .00           .00
DELNOR COMMUNITY HOSPITA   UNSECURED         NOT FILED              .00           .00
DISCOVER BANK              UNSECURED         NOT FILED              .00           .00
DUPAGE OBSTETRICS AND GY   UNSECURED         NOT FILED              .00           .00
EXXON MOBILE               UNSECURED         NOT FILED              .00           .00
FIRST PREMIER BANK         UNSECURED         NOT FILED              .00           .00
FIRST PREMIER BANK         UNSECURED         NOT FILED              .00           .00
FOX VALLEY WOMENS HEALTH   UNSECURED         NOT FILED              .00           .00
GEMB                       UNSECURED         NOT FILED              .00           .00
GMAC PAYMENT CENTER        UNSECURED         NOT FILED              .00           .00
HSBC                       UNSECURED         NOT FILED              .00           .00
HSBC                       UNSECURED         NOT FILED              .00           .00
HSBC                       UNSECURED         NOT FILED              .00           .00
HSBC                       UNSECURED         NOT FILED              .00           .00
HSBC                       UNSECURED         NOT FILED              .00           .00
HSBC                       UNSECURED         NOT FILED              .00           .00
HSBC                       UNSECURED         NOT FILED              .00           .00
KCA FINANCIAL SERVICES     UNSECURED         NOT FILED              .00           .00
KONEWKO & ASSOC            UNSECURED         NOT FILED              .00           .00
LABORATORY PHYSICIANS LL   UNSECURED         NOT FILED              .00           .00
LOWES                      UNSECURED         NOT FILED              .00           .00
MEDICAL BUSINESS BUREAU    UNSECURED         NOT FILED              .00           .00
MEDICAL BUSINESS BUREAU    UNSECURED         NOT FILED              .00           .00
MIDWEST DIAG PATHOLOGIST   UNSECURED         NOT FILED              .00           .00
MRSI                       UNSECURED         NOT FILED              .00           .00
NEW BEGINNINGS PEDIATRIC   UNSECURED         NOT FILED              .00           .00
PARK RIDGE ANESTH          UNSECURED         NOT FILED              .00           .00
WASHINGTON MUTUAL CARD S   UNSECURED         NOT FILED              .00           .00
SAMS CLUB                  UNSECURED         NOT FILED              .00           .00
SEARS                      UNSECURED         NOT FILED              .00           .00
SPRINT                     UNSECURED         NOT FILED              .00           .00
SUBURBAN EAR NOSE & THRO   UNSECURED         NOT FILED              .00           .00
THD CBSD                   UNSECURED         NOT FILED              .00           .00
TRI CITY RADIOLOGY         UNSECURED         NOT FILED              .00           .00
------------------------------------------------------------------------------------------
CREDITOR NAME              CLASS             CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                              PAID           PAID
------------------------------------------------------------------------------------------
VALLEY EMERGENCY CARE      UNSECURED         NOT FILED              .00           .00
WASHINGTON MUTUAL CARD S   UNSECURED         NOT FILED              .00           .00
WASHINGTON MUTUAL CARD S   UNSECURED         NOT FILED              .00           .00
WEST SUBURBAN OBSTETRICS   UNSECURED         NOT FILED              .00           .00
WF FIN BANK                UNSECURED         NOT FILED              .00           .00
WFFINACCPT                 UNSECURED         NOT FILED              .00           .00
EXPRESS                    UNSECURED         NOT FILED              .00           .00
CROSS COUNTRY BANK         UNSECURED         NOT FILED              .00           .00
INTERNAL REVENUE SERVICE   UNSECURED         NOT FILED              .00           .00
KANE COUNTY TREASURER      SECURED                  .00             .00        571.67
           Summary of disbursements:
------------------------------------------------------------------------------------------
                    SECURED     PRIORITY    UNSECURED       OTHER          TOTAL
------------------------------------------------------------------------------------------
TOTAL CLMS ALLOWED       .00         .00          .00         .00             .00
PRINCIPAL PAID        814.70         .00          .00         .00          814.70
INTEREST PAID            .00         .00          .00         .00             .00
TOTAL PAID            814.70         .00          .00         .00          814.70
The Debtor's attorney, KONSTANTINE T SPARAGIS          , was allowed $   3000.00
```

and was paid $    800.00   direct and $   1420.55   through the plan.

The Trustee received $     94.75 .

Refunds to the Debtor totaled $       .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 02/11/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE